No. 09–1371. THOMPSON v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 09–1372. MEDISON AMERICA, INC. v. PREFERRED MEDICAL SYSTEMS, LLC, ET AL. C. A. 6th Cir. Certiorari denied.

No. 09–1373. BELL, WARDEN v. THOMPSON. C. A. 6th Cir. Certiorari denied.

No. 09–1374. STERNBERG ET AL. v. JOHNSTON; and
No. 09–1525. JOHNSTON v. STERNBERG ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–1375. WILBANKS SECURITIES, INC. v. MCFARLAND. Ct. Civ. App. Okla. Certiorari denied.

No. 09–1376. VILLEDA ALDANA ET AL. v. FRESH DEL MONTE PRODUCE, INC., DBA DEL MONTE FRESH PRODUCE CO., ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–1379. ZACATELCO HIJUILT ET VIR v. HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 09–1381. MITCHELL v. ANCHORAGE POLICE DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–1383. FISHER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 09–1384. WATKINS ET VIR v. CITY OF PARAGOULD, ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 09–1386. NUSSBAUM ET VIR v. MIGUELACHULI ET AL. Sup. Ct. P. R. Certiorari denied.

No. 09–1387. CAPITOL HOUSE PRESERVATION CO., L. L. C. v. PERRYMAN CONSULTANTS, INC., ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 09–1389. HARBER CORP. ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.